# Hroma Corporation
32 Hedges Pond Rd.
Plymouth, MA 02360
Phone (508) 888-9139

18 March 2004

04-10083-MEL

Michael A. Feinberg, Esq.
Feinberg, Campell & Zack
177 Milk Street
Boston, MA 02109

Re: Painters & Allied Trades District Council No. 35
   V.
   Hroma Corporation

Dear Mr. Feinberg,

Hroma Corporation signed an agreement in June of 2001 with District Council 35.
Hroma Corporation was never given a copy of the signed agreement with all the articles that pertain to the agreement nor was it ever explained to Hroma Corporation orally or in any other way, the articles of the agreement or the length of the agreement or the methodology and penalties of any potential violations of said agreement.
Hroma Corporation provided the District Council 35 with a bond shortly after the singing of the agreement.
Hroma Corporation did not renew the bond at its anniversary in 2002.
District Council 35 never, after expiration of such bond, contacted Hroma Corporation for renewal of bond.
Hroma Corporation was under the understanding, that they **were not** a signatory with DC 35 after bond expiration.
Hroma corporation won a contract from the Massachusetts Turnpike Authority for the repainting of two structures and other miscellaneous work for a total of 610,000.00 dollars in the spring of 2003. The Painting portions of the contract is 465,000.00 dollars.
Hroma Corporation subcontracted all of the repainting of all structures for the Massachusetts Turnpike Authority to Frederick Industrial Coatings Inc.,(FICI) a minority painting subcontractor. The MBE mandatory contract requirement is 10% of the contract.
Frederick Industrial Coatings Inc., after performing only .085 of item C16-2 and 0 on item C16-1 ( see attached copy of estimate # 3) walked off the job.



Hroma Corporation decided at that time, with the approval of the authority, to shut down the project for the fall and winter and resume back in May of 2004.

Hroma Corporation believes that the alleged violations and penalties are without merit and should be dismissed immediately.

Hroma Corporation would be willing to entertain any subcontract possibilities from a union recommended signatory company, or be willing to meet with District Council 35 for a possible agreement to complete the above project with union members.

The project will start again from the start and be completed this painting season.

Mrs. Fili Deligiannidis
President, Hroma Corporation
32 Hedges Pond Road
S. Plymouth, MA 02360


cc:    Mr. Chris Deligiannidis
       Manager/Estimator

**Massachusetts Turnpike Authority**
**Contractor's Pay Estimate**

Contract Number: 031-498
Contract: Cleaning and Painting of Bridges
Contractor: Hrona Corporation
Contract Date: 10-Apr-03
Completion Date: 31-Aug-03
Estimate Number: 3
Period: 5-September-03 to 3-October-03

Reduction in Retainage
Estimate #: 4

Reduction in Retainage
Estimate #:

Totals:

| Item No. | Description | Prelim. Qty. | Est. Final Qty. | Unit | Unit Price | Qty this Estimate | Qty Prev. Estimate | Qty to Date | Earned this Period | Earned to Date |
|---|---|---|---|---|---|---|---|---|---|---|
| C7-1 | Structural Steel | | | | | | | | | |
| C7-4 | Heat Straightening Existing Steel Stringer | 60 | 60 | LB | $100.00 | 0 | 0 | 0 | $0.00 | $0.00 |
| C16-1 | Cleaning and Painting - Albany Street Bridge (Str. A-1) Mile 0.6 | 1 | 1 | LS | $49,000.00 | 0 | 0.96 | 0.96 | $0.00 | $47,040.00 |
| C16-2 | Cleaning and Painting - Interlaken Road Bridge (Str. A-7) Mile 5 | 1 | 1 | LS | $300,000.00 | 0 | 0 | 0 | $0.00 | $0.00 |
| G5-1a | Traffic Control Facilities at Albany Street (Str. A-1) | 1 | 1 | LS | $165,000.00 | 0.085 | 0 | 0.085 | $14,025.00 | $14,025.00 |
| G5-1b | Traffic Control Facilities at Interlaken Road (Str. A-7) | 1 | 1 | LS | $15,000.00 | 0 | 0 | 0 | $0.00 | $0.00 |
| G7-1 | Mobilization | 1 | 1 | LS | $15,000.00 | 0.05 | 0.50 | 0.55 | $750.00 | $8,250.00 |
| | | 1 | 1 | LS | $60,000.00 | 0 | 0.5 | 0.50 | $0.00 | $30,000.00 |

Certified Correct and
Payment Recommended _____ Date 10/4/03
Civil Engineer

Approved for Payment _____ Date _____
Massachusetts Turnpike Authority
Assistant Chief Engineer

Approved for Payment _____ Date _____
Massachusetts Turnpike Authority
Chief Engineer

| | |
|---|---|
| Earned this Estimate | $14,775.00 |
| Retainage this Estimate | ($738.75) |
| Reduction in Retainage this Estimate | $0.00 |
| Payable this Estimate | $14,036.25 |
| Total Earned to Date | $99,315.00 |
| Retainage to Date | ($4,965.75) |
| Reduction in Retainage | $0.00 |
| Net Earned | $94,349.25 |
| Less Previous Paid | $80,313.00 |
| Amount Payable this Estimate | $14,036.25 |
| Preliminary Value | $610,000.00 |
| Current Value | $610,000.00 |
| Percent Paid to Contractor to Date | 15.47% |

Remaining Estimated Amount to be Earned in Current Year    $510,685.00

10/14/2003                                                    Page 1 of 1