UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35<br><br>Plaintiff,<br><br>v.<br><br>HROMA CORPORATION<br><br>Defendant. | C.A. No. 04-10083-MEL |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that this action be dismissed with prejudice and without costs to either party.

| For the Plaintiff<br>PAINTERS AND ALLIED<br>TRADES DISTRICT COUNCIL<br>NO. 35<br>By its attorney | For the Defendant<br>HROMA CORPORATION<br><br>By its President |
|---|---|
| _____<br>Jonathan M. Conti (BBO # 657163)<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA 02109<br>(617) 338-1976 | _____<br>Fili Delgiannidis<br>Hroma Corporation<br>32 Hedges Pond Road<br>Plymouth, MA 02360<br>(508) 888-9139 |